**MEMORANDUM DECISION AND ORDER** The debtor's unopposed objection to the proof of claim of EMC Mortgage Corp. contends that "EMC has failed to properly credit his account from the proceeds of the prior sale of the real property securing EMCs claim against Debtor," and "Debtor is not indebted to EMC in the amount stated in the EMC Proof of Claim." (EMC has not filed an amended proof of claim showing how it credited the sales proceeds.)In light of the prima facie validity of the proof of claim, and the debtor's failure to state what amount is owed to EMC, it is

    ORDERED that by November 14, 2008, the debtor shall file an affidavit or affidavits rebutting the prima facie validity of EMC's proof of claim, and setting forth the amount that is owed to EMC. It is further

    ORDERED that the debtor shall submit a revised proposed order disallowing the claim to the extent it exceeds the amount owed. It is further

    ORDERED that the proposed order below is stricken. Dated: October 15, 2008.



S. Martin Teel, Jr.
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 07-00656 SMT |
| COREY ASKEW | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

### ORDER SUSTAINING OBJECTION TO EMC MORTGAGE CORPORATION CLAIM

**UPON CONSIDERATION** of Debtor's Objection to EMC Mortgage Corporation's Claim, and any response thereto, and following notice and an opportunity for a hearing and this Court having found that just and sufficient cause exists for granting the relief requested therein, it is by the United States Bankruptcy Court for the District of Columbia, hereby

**ORDERED**, that Debtor's objection be and is sustained, and that EMC Mortgage Corporation's Claim against Debtor, as set forth in its Proof of Claim, be and is disallowed.

Copies to:

James M. Greenan, Esquire
McNamee Hosea, et al.
6411 Ivy Lane, suite 200
Greenbelt, Maryland 20770

LCS Financial
6560 Greenwood Plaza Boulevard, Suite 350
Englewood, Colorado 80111

Cynthia A. Niklas, Esquire
4545 42nd St., NW, #211
Washington, DC  20016-4623

Ocwen
Attn: Bankruptcy
12650 Ingenuity Drive
Orlando, Florida 32826
Attn: Michele Rice, Bankruptcy Supervisor

**All creditors and parties requesting notice.**

**END OF ORDER**